leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

MARVIN GIBBS, Respondent, v ST. BARNABAS HOSPITAL, Respondent, and FAUSTO VINCES, M.D., Appellant, et al., Defendants.

Submitted November 30, 2009; decided January 12, 2010

Reported below, 61 AD3d 599.

Motion to vacate this Court's November 17, 2009 dismissal order granted [*see* 13 NY3d 857 (2009)].

In the Matter of SYLVIE GRIMM, Respondent, v STATE OF NEW YORK DIVISION OF HOUSING AND COMMUNITY RENEWAL OFFICE OF RENT ADMINISTRATION, Appellant. 151 OWNERS CORP., Intervenor-Appellant.

Decided January 12, 2010

Reported below, 68 AD3d 29.

Appeals dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of H.M., Appellant, v E.T., Respondent.

Submitted January 4, 2010; decided January 12, 2010

Reported below, 65 AD3d 119.

Motion by New York County Lawyers' Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

SUSAN LARABEE et al., Respondents-Appellants, v GOVERNOR OF THE STATE OF NEW YORK, Defendant, and NEW YORK STATE SENATE et al., Appellants-Respondents.

Submitted December 21, 2009; decided January 12, 2010

Reported below, 65 AD3d 74.